# United States Bankruptcy Court
## Middle District of North Carolina (NC Exemptions)

In re **Bernadine Donyell Fields**  
Debtor(s)

Case No. **11-81209**  
Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,000.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **2,000.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning, Means Test planning, and other items if specifically included in attorney/client fee contract or required by Bankruptcy Court local rule.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischareability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, and any other items excluded in attorney/client fee contract or excluded by Bankruptcy Court local rule.**

   **Fee also collected, where applicable, include such things as: Pacer access: $10 per case, Credit Reports: $10 each, Judgment Search: $10 each, Credit Counseling Certification: Usually $34 per case, Financial Management Class Certification: Usually $8 each, Use of computers for Credit Counseling briefing or Financial Managment Class: $10 per session, or paralegal typing assistance regarding credit counseling briefing: $75 per session.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:

**for John T. Orcutt #10212**
**The Law Offices of John T. Orcutt, PC**
**6616-203 Six Forks Road**
**Raleigh, NC 27615**
**(919) 847-9750   Fax: (919) 847-3439**
**postlegal@johnorcutt.com**

---

C-13-12(e)
(10/05)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA (NC EXEMPTIONS)

In Re: )
**Bernadine Donyell Fields** )  **AMENDED**
) **APPLICATION FOR BASE FEE**
) **ELECTRONICALLY FILED**
) **CHAPTER 13**
)
)
)
) Case No: **11-81209**
Debtor(s) )

NOW COMES the undersigned attorney for the Debtor(s), and makes application for payment of attorney fees.

The undersigned prepared the petition, schedules and plan and has represented the Debtor(s) in all proceedings in this matter.

The undersigned believes that $ **2,000.00** is a fair and reasonable fee for services to the Debtor(s) and has received from the Debtor(s) $ **0.00**, with $ **2,000.00** remaining to be paid.

No agreements have been made and no understanding exists for a division of fees between the undersigned and the Trustee or between the undersigned and the Debtor(s).

No compensation has been paid or promised and no property has been transferred or promised to the undersigned as compensation for services rendered or to be rendered in connection with this case, other than as set forth herein. Except as specially noted hereon, the undersigned has neither shared nor agreed to share compensation with any other person other than the members or regular associates of the law firm with which the undersigned is associated.

WHEREFORE, the undersigned prays that an Order be entered allowing a fee of $ **2,000.00**, with the balance of $ **2,000.00** to be paid through the disbursements by the Trustee.

Date:

**for John T. Orcutt**
Attorney for Debtor(s)

**#10212**
State Bar Code No.

## CERTIFICATE OF MAILING

This is to certify that I have this day served a copy of the Application For Base Fee on the Chapter 13 Trustee.

Date:

**for John T. Orcutt #10212**